FILED: October 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4195 (L)
(3:14-cr-00093-TLW-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LESTER L. WOODS

      Defendant - Appellant

_____

O R D E R

_____

Appellants have filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellants leave to file a joint appendix not to exceed 1,715 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk